**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. 4:11-CR-07-01-SEB-MGN |
| | ) | |
| JOHN DAVID VAN WINKLE | ) | |
| | ) | |
| Defendant | ) | |

**ORDER APPROVING AND ADOPTING MAGISTRATE**
**JUDGE'S REPORT AND RECOMMENDATION**

The Court, having considered the Magistrate Judge's Report and Recommendation dated December 8, 2011, hereby approves and adopts it as an order of this Court.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the defendant's supervised release is REVOKED. The defendant is committed to the Bureau of Prisons to serve a term of ten (10) months imprisonment. It is further ordered that upon completion of the term of imprisonment, the defendant shall be placed on supervised release for a period of sixty (60) days. The Court recommends that the defendant's term of imprisonment be served in Terre Haute, Indiana, or as close to New Albany, Indiana, as possible.

Date: 12/15/2011

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Zachary A. Myers
Zachary.myers@usdoj.gov

William Yesowitch
yesowitch@bbalaw.com

U.S. Marshal

U.S. Probation Office